**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Krzysztof Gwozdz** | : | **Case No.: 15-07207** |
| **Maria Gwozdz** | : | **Chapter 13** |
| | : | **Judge Janet S. Baer** |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Comes now Shara C. Cornell and enters her appearance as counsel for The Bank of New York Mellon fka The Bank of New York, As Trustee, for the Benefit of the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-33CB Mortgage Pass-Through Certificates, Series 2005-33CB, its successor and assigns ("Creditor"), by and through its mortgage servicing agent Bank of America, N.A., in the above referenced case. Please send any and all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Shara C. Cornell
Shara C. Cornell (02118-2011)
Sarah E. Willms (28840-64)
Stacey A. O'Stafy (0070386)
Keith Levy (6279243)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Shara C. Cornell.
Contact email is sccornell@manleydeas.com

15-006354_FMS

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

U.S. Trustee
Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL  60603

Nathan C. Volheim
Attorney for Krzysztof Gwozdz and Maria Gwozdz
Sulaiman Law Group, LTD
900 Jorie Blvd
Suite 150
Oak Brook, IL 60523
courtinfo@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on March 11, 2015:

Krzysztof Gwozdz
Maria Gwozdz
1220 George Street
Barrington, IL  60010

Krzysztof Gwozdz
Maria Gwozdz
5100 Carriageway Drive 209
Rolling Meadows, IL  60008

Carriageway Court Condominiums
5200 Carriageway Drive
Rolling Meadows, IL  60008

Cook County Clerk
69 W. Washington, Suite 500
Chicago, IL  60602

/s/ Shara C. Cornell

15-006354_FMS